OSCAR FRIED, Respondent, v. NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.— Motion denied, without costs.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of IRA L. CRESSLER for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of GEORGE E. FOLK for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of GEORGE E. McCANN for Admission to the Bar,— Application granted.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

In the Matter of the Application of WILFRED C. ROSZEL for Admission to the Bar.— Application granted.   Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

HENRIETTA BRAEKEVELT, an Infant, by LOUIS BRAEKEVELT, Her Guardian ad Litem, Appellant, v. NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Respondent.— Judgment and order reversed and new trial granted, costs to abide the event, upon the ground that the question of contributory negligence was not present, and it was error to refuse the request to charge accordingly at folio 621 of the record.   Present — Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ.

ARTHUR C. DURYEE, Respondent, v. AMERICAN SUGAR REFINING COMPANY OF NEW YORK, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Mills, Blackmar and Kelly, JJ.

ROSE ENGEL, Appellant, v. MOLLIE GERSTENFELD, Respondent.— Order of the Appellate Term reversed, with costs, and judgment of the Municipal Court unanimously affirmed, with costs, upon the ground that the evidence did not warrant the Appellate Term in deciding that the treatment administered by plaintiff constituted the practice of medicine, within the statutory definition thereof.*   (See 102 Misc. Rep. 97.)   Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

FREDERICK D. FREMD and SARAH C. JENKINS, Doing Business under the Firm Name and Style of RYE NURSERIES, Respondents, v. AMANDA M. HALSTED and Others, as Executors, etc., Appellants.   (Appeal No. 2.) — Order allowing costs as against defendants executors affirmed, with ten dollars costs and disbursements.   On the record presented this court no ground is shown for interfering with the decision of the learned trial justice. (Ballantyne v. Steenwerth, 79 App. Div. 632.)   Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

---

* See Public Health Law (Consol. Laws, chap. 45; Laws of 1909, chap. 49), § 160, subd. 7; Id. § 174.— [REP.